**FILED**

10/24/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0418

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0418

BILLY JOE ROGERS,

      Petitioner and Appellant,

  v.

STATE OF MONTANA,

      Respondent and Appellee.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including November 26, 2024, within which to prepare, serve, and file its response brief.

**MLP**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 24 2024